# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

LUTHER D. THOMAS
CLERK OF COURT

CIVIL SECTION
404-215-1655

February 16, 2005

Clerk
United States District Court
Eastern District of Arkansas
Richard Sheppard Arnold Courthouse
600 West Capitol Avenue, Room 402
Little Rock, Arkansas 72201-3325

4-05 CV0000206 WRW

Re: *Posey, et. al. v. Wyeth, et. al.*
Civil Action File No. 1:04-cv-2978-BBM
MDL No. 1507 - In re Prempro Products Liability Litigation

Dear Clerk:

This case assigned to District Judge _Wilson_
and to Magistrate Judge _____

Pursuant to an conditional transfer order of the Court dated February 11, 2005, we are transferring the requested documents in the above entitled action to your district.

Enclosed you will find original pleadings 1-8 (Notice of Removal with attachments and answers), a certified copy of our docket sheet and a copy of the order transferring the case.

Please acknowledge receipt of this file upon the copy of this letter.

Sincerely,

Luther D. Thomas
Clerk of Court

By: _____
Deputy Clerk

Enclosures
cc: Counsel of Record



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS 72201-3325

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 11 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

JAMES W. McCORMACK
CLERK

(501)604-5351

February 3, 2005

Luther D. Thomas
U. S. District Court Clerk
Northern District of Georgia
75 Spring Street, S.W., Room 2211
Atlanta, Georgia 30303-3361

Re:    MDL No. 1507 - In re Prempro Products Liability Litigation
       E.D. AR Master Case Number 4:03CV01507 WRW
       Janelle Posey, et al v. Wyeth, et al - Your Case No. 1:04-2978 -BBM
       Betty Matthews v. Wyeth, Inc., et al - Your Case No. 4:04-266

Dear Mr. Thomas:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on February 1, 2005. Enclosed are certified copies of that order directing the transfer of your civil cases to the Eastern District of Arkansas. They are assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

The original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and certified copy of the docket entries in the cases listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures,* Volume 4, Chapter 7 § 7.07.) Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

Sincerely,

James W. McCormack

JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosure
cc:    Hon. William R. Wilson, Jr.